**Electronically Filed
Supreme Court
SCEC-24-0000474
30-JUL-2024
10:01 AM
Dkt. 36 ODMR**

SCEC-24-0000474

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KARL ORLANDO DICKS,
Plaintiff,

vs.

STATE OF HAWAIʻI, OFFICE OF ELECTIONS;
SCOTT NAGO, Chief Election Officer, State of Hawaiʻi,
Defendants.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of plaintiff Karl Orlando Dicks' motion for reconsideration filed July 28, 2024, we conclude that this court did not overlook or misapprehend any point of law or fact when it entered the July 25, 2024 opinion.

The motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, July 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

